```
 1  LAW OFFICE OF CURTIS O. BARNES
    Vijay S. Desai, Esq. (SBN 217544) vdesai@locob.com
 2  Robert T. Barnes, Esq. (SBN 228442) rbarnes@locob.com
    390 West Cerritos Avenue
 3  Anaheim, CA  92805
    Telephone: (866) 477-8222
 4  Facsimile: (866) 477-8227

 5  SEYFARTH SHAW LLP
    Robert S. Niemann (SBN 087973) rniemann@seyfarth.com
 6  Nicole C. Zappala (SBN 221017) nzappala@seyfarth.com
    Agnes P. Leung (SBN 236635) aleung@seyfarth.com
 7  560 Mission Street, Suite 3100
    San Francisco, California 94105
 8  Telephone: (415) 397-2823
    Facsimile: (415) 397-8549
 9
    Attorneys for Plaintiff
10  CALFIN HOLDINGS LLC, CURTIN O. BARNES, P.C.,
    CURTIS O. BARNES, AN INDIVIDUAL
11
```

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE WAN, an individual on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CALFIN HOLDINGS LLC, CURTIS O. BARNES, P.C., CURTIS O. BARNES, an individual, <br><br> Defendant. | Case No. C 05-1444 MMC <br><br> STIPULATION FOR DISMISSAL WITH PREJUDICE, AND ORDER |

The parties, having agreed to a settlement in this matter, hereby request that the Court dismiss this action with prejudice.

///

///

///

///

---

1

STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER / CASE NO. C 05-1444 MMC

1
2  SO STIPULATED:
3
4  DATED: July 14, 2005                IRVING BERG
                                       Counsel for Plaintiff JOANNE WAN
5
                                       [signature]
6
7
8
9  DATED: July 14, 2005                SEYFARTH SHAW LLP
10
                                       By [signature]
11                                     Robert S. Niemann
                                       Attorneys for Defendants
12                                     CALFIN HOLDINGS LLC,
                                       CURTIN O. BARNES, P.C.,
13                                     and CURTIS O. BARNES, an individual
14
15
                                       ORDER
16
   The parties having achieved a settlement and for good cause, this case is hereby
17                                                   ^ and a class not having been certified,
   dismissed with prejudice.
18
       IT IS SO ORDERED.
19
20
   DATED: July 22, 2005                /s/ Maxine M. Chesney
21                                     The Honorable Maxine M. Chesney
                                       United States District Court Judge
22
23
24
25
26
27
28

                                       2
   STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER / CASE NO. C 05-1444 MMC